539 U.S. 953
 Garza-Hernandez
v.
United States.
Perez-Huerta
v.
United States
Zapata-Martinez
v.
United States
Solis-Briones
v.
United States
Carbajal-Tagle
v.
United States
Martinez-Rodriguez
v.
United States
Salinas-Rodriguez
v.
United States
Cortes-Gallegos
v.
United States
Mendoza-Martinez
v.
United States
Hernandez-Hernandez
v.
United States
Gonzalez-Medrano
v.
United States
Melgar-Perez
v.
United States
Bardales Strurber, aka Figueroa-Landeros
v.
United States
Amaya-Zapata
v.
United States
Catete-Flores, aka Moreno
v.
United States
Delgado-Medellin
v.
United States
Guillermo Parra
v.
United States
Sanchez-Pompa
v.
United States
Mendoza-Jimenez, aka Jimenez Mendoza
v.
United States
Espinosa-Valles, aka Espinoza
v.
United States
Gonzalez-Davila
v.
United States
Salazar-Palacios
v.
United States
Yanez Noriega
v.
United States
Gallegos-Garza
v.
United States and
Perez-Meza
v.
United States
 No. 02-10825.
 Supreme Court of United States.
 June 23, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 61 Fed. Appx. 921, 61 Fed. Appx. 922, 61 Fed. Appx. 921, 61 Fed. Appx. 920, 61 Fed. Appx. 921, 61 Fed. Appx. 920, 61 Fed. Appx. 922, 61 Fed. Appx. 922, 61 Fed. Appx. 921, 61 Fed. Appx. 922, 61 Fed. Appx. 921, 67 Fed. Appx. 243, 67 Fed. Appx. 243, 67 Fed. Appx. 243, 67 Fed. Appx. 243, 67 Fed. Appx. 243, 67 Fed. Appx. 243, 67 Fed. Appx. 246, 67 Fed. Appx. 246, 67 Fed. Appx. 246, 67 Fed. Appx. 246, 67 Fed. Appx. 247, 67 Fed. Appx. 246, 67 Fed. Appx. 246, 67 Fed. Appx. 247.